UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:10CV-200-R

**RICHARD LESTIENNE**                                                                 **PLAINTIFF**

V.                                              **ANSWER**

**JAMES LAYNE, Individually,**
**VINCENT BROWN, Individually,**
**JACK ROWLANDS, Individually**
**MILTON PERRY, Individually and in his**
**Official Capacity as Chief of the Oak Grove Police,**
**And the CITY OF OAK GROVE**                                                  **DEFENDANTS**

Come the Defendants, JAMES LAYNE,[hereinafter referred to as "LAYNE"], VINCENT BROWN,[hereinafter referred to as "BROWN"], JACK ROWLANDS, [hereinafter referred to as "ROWLANDS"], MILTON PERRY, Individually,[hereinafter referred to as "PERRY"] and MILTON PERRY as Chief of the Oak Grove Police [hereinafter referred to as "MILTON PERRY CHIEF"], and the CITY OF OAK GROVE, [hereinafter referred to as "OAK GROVE"], and for their answer the Plaintiff's Complaint herein, states as follows:

### FIRST DEFENSE

1.     Plaintiff's Complaint herein fails to state a claim of action against the Defendants upon which relief can be granted.

### SECOND DEFENSE

2.     As to the Complaint subtitled "PARTIES", the answering Defendants are unable to form a belief as to the truth of the allegations contained in Paragraph 1 and, therefore, **deny** the same.

3.     As to the Complaint subtitled "PARTIES", the answering Defendants **deny** the allegations contained in Paragraphs 2, 3, 4, 5 and 6.

4. Under subtitle "JURISDICTION AND VENUE", the answering Defendants **deny** the allegations contained in Paragraphs 7 and 8 and each allegation not specifically admitted herein.

5. As to subtitle "CLAIM I, Constitutional Violation by Layne", the Defendants **deny** the allegations contained in Numerical Paragraphs 9, 10, 11, and 12.

6. As to subtitle "CLAIM II, Assault and Malicious Prosecution by Layne", the answering Defendant **deny** the allegations contained in Paragraphs 13, 14, 15 and 16 of the Plaintiff's Complaint.

7. As to subtitle "CLAIM II, Constitutional Violation by Perry and Oak Grove", the answering Defendants **deny** the allegations contained in Numerical Paragraphs 17, 18, 19, 20, 21 and 22.

8. As to subtitle "CLAIM IV, Constitutional Claim Against Brown", the answering Defendants **deny** the allegations contained in Numerical Paragraphs 23, 24, 25 and 26.

9. As to subtitle "CLAIM V, Constitutional Claim Against Rowlands", the answering Defendants **deny** the allegations contained in Numerical Paragraphs 27, 28, 29, and each and every allegation not specifically admitted herein.

### THIRD DEFENSE

10. The Defendants plead and rely upon the statutory, constitutional and/or common law, sovereign and/or municipal immunity in complete bar to the recovery of the Plaintiff herein.

### FOURTH DEFENSE

11. The Defendants plead waiver, estoppel and failure to exhaust administrative remedies as an affirmative defense.

### FIFTH DEFENSE

12. At all times complained of, the Defendants acted in good faith and in conformity with all applicable standards, laws and regulations pertaining to its conduct and with an objectively reasonable belief that its actions were lawful.

### SIXTH DEFENSE

13. If, as the Plaintiff has alleged, the Defendants were acting in their official capacity in the course and scope of their employment then, therefore, they were acting under privilege to engage in such conduct.

### SEVENTH DEFENSE

14. The Defendants are protected by total or qualified immunity, therefore the Defendants are entitled to official immunity for any acts or omissions complained of in the Plaintiff's Complaint.

### EIGHTH DEFENSE

15. In the event that jurisdiction of the subject matter and over these answering Defendants is found, and in the event any fault may be found against these answering Defendants, then these answering Defendants plead and rely upon the **doctrine of comparative negligence** between all parties in this action and as may be herein added in this action, and those parties or estates who may be found at fault and are not parties to this action in mitigation of Plaintiff's claim and damages in the event of recovery by the Plaintiff.

### NINTH DEFENSE

16. The Plaintiff's Complaint is barred by the Doctrine of Intervening and/or Superseding Cause.

### TENTH DEFENSE

17. The Defendants plead the Soldier's and Sailor's Act as a complete bar and/or requirement to hold this case in abeyance and for any other relief to which the Soldier's and Sailor's Act may apply to these answering Defendants.

### ELEVENTH DEFENSE

18. The Plaintiff's Complaint is barred by the provisions of K.R.S. 65.200 et seq.

### TWELFTH DEFENSE

19. To the extent that the Complaint seeks punitive or exemplary damages, it violates these Defendants' rights to procedural due process, to protection from excessive fines, and to

substantive due process as provided by the United States Constitution and the Bill of Rights of the Constitution of the Commonwealth of Kentucky, and therefore fails to state a claim or cause of action upon which punitive and/or exemplary damages can be awarded against these answering Defendants.

### THIRTEENTH DEFENSE

20.     The Defendants plead K.R.S. 411.184 as a bar to the assessment of punitive damages.

**WHEREFORE,** having answered, these Defendants pray that the Plaintiff's Complaint herein be dismissed and held for naught; for their costs and reasonable attorney's fees incurred herein; for a trial by jury; and any and all other relief to which the Defendants may appear to be entitled.

> **KING, DEEP and BRANAMAN**
> 127 North Main Street
> Post Office Box 43
> Henderson, Kentucky  42419-0043
> Phone (270) 827-1852
> FAX   (270) 826-7729
>
> /s/   *H. Randall Redding*
> H. Randall Redding
>
> ATTORNEY FOR DEFENDANTS

### CERTIFICATE OF SERVICE

This is to certify by the undersigned that on January 5, 2011, I electronically filed the foregoing Answer with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

> KENNETH R. HAGGARD
> kenslaw@ccol.net

> /s/   *H. Randall Redding*
> H. Randall Redding