UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:10-CV-200-R

RICHARD LESTIENNE,                                                    PLAINTIFF,


VS.         **OBJECTION TO JOINT OFFER OF JUDGMENT**


JAMES LAYNE, individually;
VINCENT BROWN, individually;
JACK ROWLANDS, individually;
MILTON PERRY, individually and in his
Official Capacity as Chief of the Oak Grove Police,
And the CITY OF OAK GROVE,                                            DEFENDANTS.


Comes the plaintiff, Richard Lestienne, by counsel, and objects to the Joint Offer of Judgment offered by defendants. In said Joint Offer of Judgment, defendants state that if plaintiff fails to obtain a judgment more favorable than the offer, that plaintiff <u>shall</u> be obligated for all costs "including attorney fees." Attorney fees are obviously in 42 USC §1983 actions to be determined by the Court and defendants stipulation that attorney fees <u>shall be paid</u> by the plaintiff should his verdict not exceed $55,000.00 is improper.

Plaintiff respectfully requests this Court to order the terms of the Offer of Judgment dated June 16, 2011, null and void unless the aforementioned language is altered by defendants.

Respectfully submitted, this 21st day of June, 2011.

Case 5:10-cv-00200-TBR   Document 26   Filed 06/21/11   Page 2 of 2 PageID #: 96

<pre>                         s/    Kenneth R. Haggard
                               Kenneth R. Haggard
                               800 South Virginia Street
                               P. O. Box 4037
                               Hopkinsville, KY 42241-4037
                               Tel:   270-885-1417
                               Attorney for Plaintiff
                               kenslaw@ccol.net
</pre>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, the foregoing document which will send a notice of electronic filing to: Mr. Randall L. Hardesty, Franklin, Gordon & Hobgood, P. O. Box 547, Madisonville, KY 42431, rhardlaw@bellsouth.net, attorney for defendant Layne; and Mr. H. Randall Redding, King, Deep and Branaman, 127 North Main Street, P. O. Box 43, Henderson, KY 42419, rredding@kdblaw.com, attorney for defendants Brown, Rowlands, Perry, and City of Oak Grove; this 21st day of June, 2011.

<pre>                         s/    Kenneth R. Haggard
                               Kenneth R. Haggard
</pre>