UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:10-CV-200-R

RICHARD LESTIENNE,                                                                              PLAINTIFF,

VS.        **PLAINTIFF'S COMPLIANCE WITH RULE 26
EXPERT AND MEDICAL PROOF DISCLOSURE**

JAMES LAYNE, individually;
VINCENT BROWN, individually;
JACK ROWLANDS, individually;
MILTON PERRY, individually and in his
Official Capacity as Chief of the Oak Grove Police,
And the CITY OF OAK GROVE,                                                              DEFENDANTS.

Comes the plaintiff, Richard Lestienne, by counsel, and submits the following information with regard to his medical proof in accordance with FRCP 26 and the Court's Scheduling Order:

1.     Major David Admire, Blanchfield Army Community Hospital, Fort Campbell, Kentucky 42223.  Dr. John S. Halle, Blanchfield Army Community Hospital, Fort Campbell, Kentucky 42223.  Anastasia Marie McKay, Blanchfield Army Community Hospital, Fort Campbell, Kentucky 42223.  Dr. Ronald K. Brawley, Blanchfield Army Community Hospital, Fort Campbell, Kentucky 42223.  It is anticipated the foregoing individuals will testify concerning their treatment and nature of the nerve damage in reference to the dog bite.

These are not retained experts but medical providers who will testify in accordance with the plaintiff's medical records from Blanchfield Army Community Hospital.

This 30th day of June, 2011.

    s/    Kenneth R. Haggard
        Kenneth R. Haggard
        800 South Virginia Street
        P. O. Box 4037
        Hopkinsville, KY 42241-4037
        Tel:   270-885-1417
        Attorney for Plaintiff
        kenslaw@ccol.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, the foregoing document which will send a notice of electronic filing to: Mr. Randall L. Hardesty, Franklin, Gordon & Hobgood, P. O. Box 547, Madisonville, KY 42431, rhardlaw@bellsouth.net, attorney for defendant Layne; and Mr. H. Randall Redding, King, Deep and Branaman, 127 North Main Street, P. O. Box 43, Henderson, KY 42419, rredding@kdblaw.com, attorney for defendants Brown, Rowlands, Perry, and City of Oak Grove; this 30th day of June, 2011.

    s/    Kenneth R. Haggard
        Kenneth R. Haggard