UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:10-CV-200-R

RICHARD LESTIENNE, PLAINTIFF,

VS. **RENEWED MOTION TO COMPEL**

JAMES LAYNE, individually;
VINCENT BROWN, individually;
JACK ROWLANDS, individually;
MILTON PERRY, individually and in his
Official Capacity as Chief of the Oak Grove Police,
And the CITY OF OAK GROVE, DEFENDANTS.

Comes the plaintiff, Richard Lestienne, by counsel, and respectfully again moves this Court to enter an order pursuant to FRCP 37 requiring defendants Milton Perry and the City of Oak Grove to answer discovery requests.

Plaintiff had previously filed a motion to compel and withdrew it when he received an unsigned copy of defendants' responses to discovery requests. As of this date he has still not received a signed copy of the discovery. Although counsel for plaintiff received unsigned copies, defendant could always change the answer(s) and assert the fact that he had not signed them under oath.

Plaintiff likewise requests the Court to also order the production of the personnel file of Chief Milton Perry as part of the plaintiff's Requests to Produce. Counsel for defendant has objected to the production of the document under the Commonwealth of Kentucky's Freedom of Information Act. Obviously this is not a request under the Freedom of Information Act but discovery in a suit in which Chief Milton Perry is a named defendant. Counsel for plaintiff has discussed this matter with

counsel for defendant, the Honorable Randall Redding. Mr. Redding advised that he would try to get Chief Perry to execute a release for the file but otherwise would not be producing it without a Court order. As such plaintiff respectfully requests this Court to order defendants to properly sign discovery answers and to further order defendant Milton Perry to release his personnel file so that this case can proceed.

## CERTIFICATION

The undersigned states that I had spoken with Honorable Randall Redding concerning discovery requests and previously withdrawn my Motion since I had received an unsigned copy. Attached hereto as Exhibit A is correspondence I sent after a later conversation with Mr. Redding. As of this date the personnel file of Milton Perry has not been produced nor have properly signed copies of discovery been submitted. Mr. Redding said he will not produce the file without a court order or the approval of Chief Perry which has not been forthcoming the several months. Discussions have thus been unfruitful as far as obtaining production of the discovery. Said delays are hampering the necessary progression of this case as the discovery was sent April, 2011 and plaintiff has still not received signed copies of discovery answers.

So moved, this 10th day of August, 2011.

        s/    Kenneth R. Haggard
        Kenneth R. Haggard
        800 South Virginia Street
        P. O. Box 4037
        Hopkinsville, KY 42241-4037
        Tel:   270-885-1417
        Attorney for Plaintiff
        kenslaw@ccol.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, the foregoing document which will send a notice of electronic filing to: Mr. Randall L. Hardesty, Franklin, Gordon & Hobgood, P. O. Box 547, Madisonville, KY 42431, rhardlaw@bellsouth.net, attorney for defendant Layne; and Mr. H. Randall Redding, King, Deep and Branaman, 127 North Main Street, P. O. Box 43, Henderson, KY 42419, rredding@kdblaw.com, attorney for defendants Brown, Rowlands, Perry, and City of Oak Grove; this 10th day of August, 2011.

        s/    Kenneth R. Haggard
        Kenneth R. Haggard