UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:10cv-200-R

**RICHARD LESTIENNE**                                                                 **PLAINTIFF**

VS:                       **RESPONSE TO THE PLAINTIFF'S
                          RENEWED MOTION TO COMPEL**


**JAMES LAYNE, Individually;
VINCENT BROWN, Individually;
JACK ROWLANDS, Individually
MILTON PERRY, Individually and in his
Official Capacity as Chief of the Oak Grove Police,
And the CITY OF OAK GROVE**                                                           **DEFENDANTS**

The Defendants, MILTON PERRY and the CITY OF OAK GROVE, for their response to the Plaintiff's Renewed Motion to Compel, state as follows:

The Defendant, MILTON PERRY, has objected to the production of his personnel file on the grounds that said production may constitute an invasion of his personal privacy. Pursuant to KRS 61.878(1)(a) creates a right of privacy for public personnel files. Board of Education v. Lexington-Fayette Urban County Human Rights Comm., 625 S.W.2d 109 (Ct. App. 1981). Furthermore, Plaintiff can specify particularly what information it is seeking. It is these Defendants' position that the file requested contains information of such a nature that public disclosure would constitute a clearly unwarranted invasion of personal privacy. Furthermore, the progression of the Chief's career from when he started until he became the Chief has no relevance and cannot lead to discoverable matter in this case. He does recognize the doctrine of the right to privacy and to disclose the entire personnel file of Milton Perry invades said privacy. Therefore, this motion to compel Chief Milton Perry's file should be overruled.

However, if the Court does order Chief Perry's personnel file with Oak Grove is discoverable, these answering Defendants ask that this file be reviewed in camera by the Court to sanitize said file from information that is irrelevant and does not lead to discoverable information or turning said file over to the Plaintiff's attorney and for this Court to issue an Order of Protection.

Further, the responses of Defendants, Milton Perry and Vincent Brown to the Plaintiff's Interrogatories and Request for Production of Documents were served on counsel for the Plaintiff and Co-Defendant herein on August 18, 2011.

Respectfully submitted,

KING, DEEP and BRANAMAN
127 North Main Street
Post Office Box 43
Henderson, KY 42419-0043
(270) 827-1852; FAX: (270) 826-7729
rredding@kdblaw.com

By:   /s/ H RANDALL REDDING

ATTORNEYS FOR DEFENDANTS, Vincent Brown, Jack Rowlands, Milton Perry and the City of Oak Grove

**CERTIFICATE OF SERVICE**

This is to certify that on this the 18th day of August, 2011, I electronically filed the foregoing Response to Plaintiff's Renewed Motion to Compel with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Hon. Kenneth R. Haggard
kenslaw@ccol.net
*Attorney for Plaintiff,*
*Richard Lestienne*

Hon. Randall L. Hardesty
rhardlaw@bellsouth.net
*Attorney for Defendant,*
*James Layne*

/s/ H RANDALL REDDING
H. Randall Redding
rredding@kdblaw.com

2