UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:10cv-200-R

**RICHARD LESTIENNE**                                                                 **PLAINTIFF**

VS:                                                    NOTICE

**JAMES LAYNE, Individually;**
**VINCENT BROWN, Individually;**
**JACK ROWLANDS, Individually**
**MILTON PERRY, Individually and in his**
**Official Capacity as Chief of the Oak Grove Police,**
**And the CITY OF OAK GROVE**                                         **DEFENDANTS**

**PLEASE TAKE NOTICE** that in compliance with the Court's Memorandum Opinion and Order of October 7, 2011 granting in part the Plaintiff's Motion to Compel, the undersigned has, by separate cover of this date, provided to counsel of record herein those portions of the personnel file of Milton Perry directed by said Memorandum Opinion and Order of October 7, 2011.

This 21st day of October, 2011.

                                                        KING, DEEP and BRANAMAN
                                                        127 North Main Street
                                                        Post Office Box 43
                                                        Henderson, KY 42419-0043
                                                        (270) 827-1852; FAX: (270) 826-7729
                                                        rredding@kdblaw.com

                                             By:    /s/ H RANDALL REDDING

                                             ATTORNEYS FOR DEFENDANTS, Vincent Brown,
                                             Jack Rowlands, Milton Perry and the City of Oak Grove

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing was served electronically through filing with the ECF system and via fax, on this the 21st day of October, 2011, as follows:

Hon. Kenneth R. Haggard
kenslaw@ccol.net
*FAX: (270) 885-0927*
*Attorney for Plaintiff,*
*Richard Lestienne*

Hon. Randall L. Hardesty
rhardlaw@bellsouth.net
*FAX: (270) 821-2360*
*Attorney for Defendant,*
*James Layne*

            /s/ H RANDALL REDDING
            H. Randall Redding
            rredding@kdblaw.com